UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DARRYL CONKLIN

Defendant.

26-CR-101 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

The Court has rescheduled the sentencing as to Defendant Darryl Conklin, originally scheduled for September 15, 2026, to **Wednesday, September 16, 2026 at 12:00 p.m.** in Courtroom 320 at 300 Quarropas Street, White Plains, New York 10601.

Dated: September 11, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge