**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

August 27, 2026

**<u>BY ECF</u>**
The Honorable Jessica G.L. Clarke
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: ***United States v. Darryl Conklin*, 26 Cr. 101 (JGLC)**

Dear Judge Clarke:

Earlier today, the Government filed a sentencing submission in the above-captioned matter. As an exhibit ("Exhibit A") to that submission, the Government provided the Court and defense counsel with surveillance video of the robbery and the subsequent approximately thirteen-and-a-half minutes under separate cover. Because Exhibit A could be used to identify a victim of the offense, the Government respectfully requests that Exhibit A be filed under seal.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By:______________________
Carmi Schickler
Assistant United States Attorney
(914) 993-1927

Application GRANTED.

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge

Dated: September 11, 2026
White Plains, New York

cc: Ben Gold, Esq.